No. 1874. EL PUEBLO, APELADO, *v.* PLÁCIDO, APELANTE.—Corte de Distrito de Humacao. Resuelto en febrero 25,

1922.   No se ha radicado alegato por el apelante y no apareciendo error fundamental alguno, se confirma la sentencia.